UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA BARROSO,<br><br>               Plaintiff,<br>   v.<br><br>OCWEN LOAN SERVICING, LLC, ET AL.,<br><br>               Defendants. | Case No.: C 09-05904 PVT<br><br>**ORDER TO SHOW CAUSE**<br><br>**[Docket No. 4]** |

On December 23, 2009, defendant Ocwen Loan Servicing, LLC moved to dismiss the complaint and noticed the hearing on the motion for February 16, 2010. Pursuant to Civ. L.R. 7-3, an opposition, or statement of non-opposition, to the motion was due no later than January 26, 2010. Plaintiff Sandra Barroso has not responded whatsoever.[1] Accordingly, plaintiff is ordered to show cause on March 23, 2010 at 10AM why she has not filed an opposition, or statement of non-opposition. In the event, no opposition, or statement of non-opposition is filed, defendant's motion will be taken under submission pursuant to Civ L.R. 7-1(b). The hearing previously scheduled for

---

[1] On January 14, 2010, counsel for plaintiff filed a notice of withdrawal. Shortly thereafter, the court left a telephone message for counsel advising him that "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case. Civ. L.R. 11-5(a). To date, counsel for plaintiff has not moved to withdraw and the court has not issued an order relieving him from representation. Moreover, counsel for plaintiff has not provided any contact information for plaintiff.

ORDER, *page 1*

1 | February 16, 2010 at 10AM is vacated.
2 |     IT IS SO ORDERED.
3 | Dated: February 11, 2010

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge