| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDRA BARROSO, | ) | Case No.: C 09-05904 PVT |
| Plaintiff, | ) | |
| v. | ) | **FURTHER ORDER TO SHOW CAUSE** |
| | ) | |
| OCWEN LOAN SERVICING, LLC, ET AL., | ) | **[Docket No. 19]** |
| Defendants. | ) | |
| _____ | ) | |

On April 16, 2010, counsel for plaintiff Sandra Barroso noticed a hearing for a motion to withdraw as counsel of record on May 25, 2010 at 10AM. As a result, the court continued a hearing on an order to show cause and a case management conference to coincide with the newly noticed hearing date.[1] On May 25, 2010, counsel for Ocwen Loan Servicing LLC appeared for hearing. Neither counsel for plaintiff Sandra Barroso nor plaintiff Sandra Barroso herself appeared for

---

[1] A prior order to show cause had been scheduled as a result of plaintiff Sandra Barroso's failure to oppose or otherwise respond to defendant Ocwen Loan Servicing, LLC's motion to dismiss. Thereafter, counsel for plaintiff Sandra Barroso advised that he was withdrawing as counsel of record. Pursuant to Civ. L.R. 11-5, counsel for plaintiff Sandra Barroso was notified that "[c]ounsel may not withdraw until relieved by order of Court after written notice has been given reasonably in advance to the client and to all parties who have appeared in the case."

ORDER, *page 1*

1 hearing.[2]

2     Accordingly, counsel for plaintiff Sandra Barroso has not been relieved as counsel of record
3 in the above-captioned action and he is ordered to show cause why he should not be disciplined
4 pursuant to Civ. L.R. 11-6, including but not limited to, reimbursing defendant Ocwen Servicing
5 LLC for all costs and fees incurred in appearing for the May 25, 2010 hearing.  The parties shall
6 appear for further order to show cause on July 27, 2010 at 10AM.

7     IT IS SO ORDERED.

8 Dated: June 7, 2010

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Counsel for plaintiff Sandra Barroso advised that he had informed her of the hearing date by mail, electronic mail and telephone message.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28