UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDRA BARROSO, | ) | Case No.: C 09-05904 PVT |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE** |
| | ) | |
| OCWEN LOAN SERVICING, LLC, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Wendell J. Jones, counsel for plaintiff, previously moved to withdraw as counsel but did not appear for the noticed hearing date. Defendant Ocwen Loan Servicing, LLC did appear. ("Ocwen"). As a result, the court scheduled a hearing to be held on July 27, 2010 on an order to show cause.

    On July 27, 2010, the parties appeared for hearing. Mr. Jones stated that he had not previously appeared due to a calendaring error. Therefore,

    IT IS HEREBY ORDERED that the Further Order to Show Cause dated June 7, 2010 is dissolved.

    IT IS FURTHER ORDERED that Mr. Jones is relieved from further representation of plaintiff Sandra Barroso. Based on the representations made by Mr. Jones regarding the difficulties he has had in contacting plaintiff, including leaving her telephone messages, sending her electronic

mail, and U.S. Mail, Mr. Jones is relieved as counsel and shall file a declaration under seal detailing the above.[1]

IT IS SO ORDERED.

Dated: July 29, 2010

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*