1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDRA BARROSO, | ) | Case No.: C 09-05904 PVT |
| Plaintiff, | ) | |
| v. | ) | **ORDER SETTING DEADLINE FOR PLAINTIFF SANDRA BARROSO TO ENGAGE COUNSEL, OR OTHERWISE RESPOND TO MOTION TO DISMISS** |
| OCWEN LOAN SERVICING, LLC, ET AL., | ) | |
| Defendants. | ) | **[Docket No. 4]** |

On December 23, 2009, defendant Ocwen Loan Servicing, LLC moved to dismiss the above-captioned action pursuant to Rule 12(b)(6).  On July 29, 2010, the court granted plaintiff Sandra Barroso's counsel's motion to withdraw as counsel.  *See* Order Dissolving Order to Show Cause dated July 29, 2010.  (Docket No. 28).  To date, it does not appear that plaintiff Barroso has engaged alternate counsel to represent her in the action.  Accordingly, plaintiff Barroso shall engage counsel and respond to the pending motion to dismiss no later than November 15, 2010.

Pursuant to Civ. L.R. 7-1(b), the motion is taken under submission and any scheduled hearing

1    is vacated.

2           IT IS SO ORDERED.

3    Dated:  September 30, 2010

4                                              _____
                                               PATRICIA V. TRUMBULL
5                                              United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28