UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDRA BARROSO, | ) | Case No.: C 09-05904 PSG |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DISMISSING CASE** |
| OCWEN LOAN SERVICING, LLC, ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

On September 30, 2010, the court ordered Plaintiff Sandra Barroso to engage counsel and respond to a pending motion to dismiss no later than November 15, 2010. *See* Order Setting Deadline for Plaintiff Sandra Barroso to Engage Counsel, or Otherwise Respond to Motion to Dismiss dated September 30, 2010. ("September 30, 2010 Order"). To date, Plaintiff has not opposed, or otherwise responded to, the pending motion to dismiss. In light of Plaintiff's failure to prosecute, this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.,*

1 | 370 U.S. 626, 630, 631 (1962).

2 | IT IS SO ORDERED.

3 | Dated: December 29, 2010

_____
PAUL S. GREWAL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28